# Exhibit 1

Declaration of Benjamin Boyer

# Exhibit 1

Adam Hosmer-Henner, Esq. (NSBN 12779)
Chelsea Latino, Esq. (NSBN 14227)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
(702) 873-4100
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com

*Attorneys for Defendants Benjamin Boyer, Individually and as Trustee of the Boyer Family Trust and Benjamin Boyer Trust*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARCUS ANDRADE AND NAC FOUNDATION, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>JAPHETH DILLMAN; BLOCK BITS CAPITAL, LLC; BLOCK BITS CAPITAL, GP; BLOCK BITS AML HOLDINGS, LLC; BENJAMIN BOYER, INDIVIDUALLY AND AS TRUSTEE OF BOYER FAMILY TRUST AND BENJAMIN BOYER TRUST; and DOES I through XXX, inclusive<br><br>Defendants. | CASE NO.:   2:20-cv-01021-JAD-NJK<br><br>**DECLARATION OF BENJAMIN BOYER** |

I, Benjamin Boyer, hereby declare as follows:

1. I am over the age of 18 years and a resident of Summit County, Utah as of June 11, 2020. Prior to moving to Utah on June 11, 2020, and at all times relevant to the subject matter of this action, I was a resident of Santa Clara County, California. I make this declaration based upon personal knowledge, except where stated to be upon information and belief, and as to that information, I believe it to be true. If called as a witness, I am legally competent to testify to the contents of this declaration in a court of law.

2. This declaration is offered in support of Defendants Benjamin Boyer, Individually and as Trustee of the Boyer Family Trust and Benjamin Boyer Trust's Motion to Dismiss Pursuant to FRCP 12(b)(2) & (6).

3. I have been named as a Defendant in this action in my individual capacity, as well as in my capacity as trustee of the Boyer Family Trust and Benjamin Boyer Trust ("Boyer Trusts").

4. I am the sole trustee of the Boyer Trusts, which were formed under California law and are administered exclusively in California, or otherwise outside of Nevada.

5. Neither I or the Boyer Trusts own, lease, or possess any real or personal property in Nevada.

6. I have not undertaken any business transactions on either a consistent basis or related to the subject matter of this action in Nevada in my individual capacity or as trustee of the Boyer Trusts.

7. I have never met with Plaintiffs Marcus Andrade or NAC Foundation, LLC ("NAC") in Nevada and I had no knowledge that NAC was formed under Nevada law.

8. I have never met with Defendant Japheth Dillman or any representative of Defendants Block Bits Capital, LLC, Block Bits Capital, GP, or Block Bits AML Holdings, LLC in Nevada.

9. Any and all interactions that I have had with the parties and relating to this action have occurred exclusively outside of Nevada or otherwise through email, telephone, and online.

10. Among other transactions involving the AML Bitcoin Tokens created by Plaintiffs, I purchased approximately $125,000 of AML Bitcoin Tokens in two separate transactions in October 2018. These transactions were handled through a broker and I had no knowledge of the identity of the seller. I would not have authorized these transactions had I known that the seller was an insider.

/ / /

/ / /

/ / /

/ / /

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated: June 16, 2020.

_/s/ Benjamin Boyer_
Benjamin Boyer, *Individually and as Trustee of the Boyer Family Trust and Benjamin Boyer Trust*
