# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS ANDRADE, et al.,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>JAPHETH DILLMAN, et al.,<br><br>　　　　Defendant(s). | Case No.: 2:20-cv-01021-JAD-NJK<br><br>**ORDER** |

　　　　To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan no later than August 6, 2020.

　　　　IT IS SO ORDERED.

　　　　Dated: August 3, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge