# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS ANDRADE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAPHETH DILLMAN, et al., <br><br> Defendants. | Case No.: 2:20-cv-01021-JAD-NJK <br><br> **ORDER** <br><br> (Docket No. 16) |

Pending before the Court is Plaintiffs' motion to extend time for service. Docket No. 16. Plaintiffs request an additional sixty days to complete service on Defendants Japheth Dillman, Block Bits Capital, LLC, Block Bits Capital GP, and Blcok Bits AML Holdings, LLC. *Id.* at 2-4.

For good cause shown, the Court **GRANTS** Plaintiffs' motion. Docket No. 16. Plaintiffs must complete service on Defendants Japheth Dillman, Block Bits Capital, LLC, Block Bits Capital GP, and Blcok Bits AML Holdings, LLC no later than October 16, 2020.

IT IS SO ORDERED.

Dated: August 14, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE