# EXHIBIT 4

# EXHIBIT 4

**DEFAULT JUDGMENT ENTERED**

**JUD-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Jonathan A. Patchen (SBN 237346)<br>Taylor & Patchen, LLP<br>One Ferry Building, Suite 355, San Francisco, CA 94111<br>TELEPHONE NO.: (415) 788-8200   FAX NO. (Optional): (415) 788-8208<br>E-MAIL ADDRESS (Optional): jpatchen@taylorpatchen.com<br>ATTORNEY FOR (Name): Plaintiff Benjamin Boyer, as Trustee | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Francisco<br><br>**06/19/2019**<br>Clerk of the Court<br>BY: NADITA MASON<br>Deputy Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco<br>STREET ADDRESS: 400 McAllister Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: | |

PLAINTIFF: Benjamin Boyer, as Trustee

DEFENDANT: Japheth Dillman

| JUDGMENT | CASE NUMBER: |
|---|---|
| ☑ By Clerk   ☑ By Default   ☐ After Court Trial<br>☐ By Court   ☐ On Stipulation   ☐ Defendant Did Not Appear at Trial | CGC-19-575158 |

## JUDGMENT

1. ☑ **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. ☑ **Clerk's Judgment** (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
   e. ☐ **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
      (1) ☐ plaintiff's testimony and other evidence.
      (2) ☐ plaintiff's written declaration (Code Civ. Proc., § 585(d)).

2. ☐ **ON STIPULATION**
   a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and
   b. ☐ the signed written stipulation was filed in the case.
   c. ☐ the stipulation was stated in open court   ☐ the stipulation was stated on the record.

3. ☐ **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on (date and time):
      before (name of judicial officer):
   b. Appearances by:
      ☐ Plaintiff (name each):                           ☐ Plaintiff's attorney (name each):
         (1)                                                (1)
         (2)                                                (2)
      ☐ Continued on Attachment 3b.

      ☐ Defendant (name each):                           ☐ Defendant's attorney (name each):
         (1)                                                (1)
         (2)                                                (2)
      ☐ Continued on Attachment 3b.

   c. ☐ Defendant did not appear at trial. Defendant was properly served with notice of trial.

   d. ☐ A statement of decision (Code Civ. Proc., § 632) ☐ was not ☐ was requested.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
JUD-100 [New January 1, 2002]

**JUDGMENT**

Code of Civil Procedure, §§ 585, 664.6

| PLAINTIFF: Benjamin Boyer, as Trustee | CASE NUMBER: |
|---|---|
| DEFENDANT: Japheth Dillman | CGC-19-575158 |

**JUDGMENT IS ENTERED AS FOLLOWS BY:** ☐ THE COURT  ☑ THE CLERK

4. ☐ **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is
   a. ☑ for plaintiff (name each):
      Benjamin Boyer, as Trustee
      and against defendant (names):
      Japheth Dillman
      ☐ Continued on Attachment 5a.

   c. ☐ for cross-complainant (name each):
      and against cross-defendant (name each):
      ☐ Continued on Attachment 5c.

   b. ☐ for defendant (name each):
      $3,078,787.06, plus daily interest at a rate of $421.75 from 4/9/19 to the date of this Judgment.

   d. ☐ for cross-defendant (name each):

6. **Amount.**
   a. ☑ Defendant named in item 5a above must pay plaintiff on the complaint:

   c. ☐ Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint:

| | | | | | | |
|---|---|---|---|---|---|---|
| (1) ☑ | Damages | $ 3,078,787.06 | (1) ☐ | Damages | | $ |
| (2) ☑ | Prejudgment interest at the annual rate of 5 % | $ $24,039.75 | (2) ☐ | Prejudgment interest at the annual rate of % | | $ |
| (3) ☐ | Attorney fees | $ | (3) ☐ | Attorney fees | | $ |
| (4) ☑ | Costs | $ 847.82 | (4) ☐ | Costs | | $ |
| (5) ☐ | Other (specify): | $ | (5) ☐ | Other (specify): | | $ |
| (6) | **TOTAL** | $ 3,103,674.63 | (6) | **TOTAL** | | $ |

   b. ☐ Plaintiff to receive nothing from defendant named in item 5b.
      ☐ Defendant named in item 5b to recover costs $
      ☐ and attorney fees $

   d. ☐ Cross-complainant to receive nothing from cross-defendant named in item 5d.
      ☐ Cross-defendant named in item 5d to recover costs $
      ☐ and attorney fees $

7. ☑ Other (specify):
   Plaintiff's pre-judgment interest to be calculated from April 9, 2019, until the date this Judgment is entered.

Date: June 5, 2019

JUDICIAL OFFICER

Date: 6/19/19   ☐ Clerk, by _____ Deputy

(SEAL)

**CLERK'S CERTIFICATE** (Optional)
I certify that this is a true copy of the original judgment on file in the court.

Date:

Clerk, by _____ Deputy

Page 2 of 2

JUD-100 [New January 1, 2002]   **JUDGMENT**