AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Marcus Andrade and NAC Foundation, LLC,

              Plaintiffs,

v.

Japheth Dillman, et al.,

              Defendants.

**DEFAULT JUDGMENT**

Case Number: 2:20-cv-01021-JAD-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is hereby entered in favor of Plaintiffs Marcus Andrade and NAC Foundation, LLC, and against Defendants Japheth Dillman; Block Bits Capital, LLC; Block Bits Capital, GP; and Block Bits AML Holdings, LLC.

9/24/2021
Date

DEBRA K. KEMPI
Clerk

/s/ J. Callo
Deputy Clerk